```
UNITED STATES DISTRICT COURT FOR          (ECF)
THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
CAROL DUDEK,                            : 04 Civ. 10178 (KMK) (JCF)
                                        :
                 Plaintiff,             :   O R D E R
                                        :
     - against -                        :
                                        :
THE CITY OF NEW YORK, et al.,           :
                                        :
                 Defendants.            :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/05

A pretrial having been held on December 2, 2005, it is hereby ORDERED as follows:

1.  Defendants shall produce all CCRB and IAB materials that relate to allegations, substantiated or not, of false arrest, false statement, denial of medical care, or excessive force (or supervisory neglect or malfeasance in connection with such conduct) made within the past ten years against any of the named defendants. In addition, defendants shall produce all materials relating to any such allegations made at any time during a named defendant's employment by the New York Police Department (the "NYPD") where the allegation was substantiated.

2.  The defendants shall produce all records in the possession, custody, or control of the NYPD relating to the arrest of any person at the same location and on the same date as plaintiff's arrest. Information identifying the arrestee may be redacted. The issue of whether any such arrestee should be identified is deferred until plaintiff's counsel has contacted those arestees who have waived any claim of confidentiality by initiating legal action in connection with their arrest.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          December 2, 2005

Copies mailed this date:

James I. Meyerson, Esq.
396 Broadway, Suite 601
New York, New York  10013

Jed Weiss, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, New York  10007