Please just scan.

We will use the original file date that is on this document.

Do not add the electronically filed stamp or change the date.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/06

CAROL DUDEK,

        Plaintiff,

  -v-

THE CITY OF NEW YORK, ET AL.,

        Defendants.

Case No. 04-CV-10178 (KMK) (JCF)

ORDER

KENNETH M. KARAS, District Judge:

    The Clerk of Court is directed to terminate Defendants' Motion for Discovery Relief Pursuant to Fed. R. Civ. P. 72 (Doc. No. 23).

SO ORDERED.

Dated:    March 31, 2006
             New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE

MICROFILM APR - 4 2006 -12:00 PM

Returned to chambers for scanning on 4/4/06.
Scanned by chambers on _____.